■ DOUGLAS MARK JAEHN, Respondent, v LAHR CONSTRUCTION CORP., Doing Business as LeCESSE CONSTRUCTION COMPANY, et al., Appellants, et al., Defendant. LAHR CONSTRUCTION CORP., Doing Business as LeCESSE CONSTRUCTION COMPANY, et al., Third-Party Plaintiffs, v GREGORY J. YOUNG et al., Doing Business as PETERSON-YOUNG, et al., Third-Party Defendants-Appellants. (Appeal No. 1.) [823 NYS2d 728]—Appeals from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered July 15, 2005 in a personal injury action. The order granted those parts of plaintiff's motion for partial summary judgment on the issue of liability under Labor Law § 240 (1) against defendants Lahr Construction Corp., doing business as

LeCesse Construction Company, Winchester Construction Corp., and Cloverwood Senior Living, Inc.

It is hereby ordered that said appeals be and the same hereby are dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]).

All concur, Kehoe, J., not participating. Present—Scudder, J.P., Kehoe, Gorski, Smith and Pine, JJ.